[Civ. No. 7242. First Appellate District, Division One.—September 5, 1930.]

FRED H. ZUMWALT, Respondent, v. JACOB SCHWARTZ et al., Appellants.

Goldman & Altman for Appellants.

Dunne, Dunne & Cook for Respondent.

TYLER, P. J.—Motion to affirm judgment on the ground that appellants have failed to comply with the requirements of section 953c of the Code of Civil Procedure, which provides that in filing briefs the parties must print such portions of the record as they desire to call to the attention of the court.

We are of the opinion that appellants' brief and supplement thereto sufficiently shows the error relied upon by them.

The motion is denied.

Knight, J., and Cashin, J., concurred.